# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 4, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128263(54)(55)

HERALD COMPANY, INC., d/b/a
BOOTH NEWSPAPERS, INC. and
d/b/a ANN ARBOR NEWS,
       Plaintiff-Appellant,

v

EASTERN MICHIGAN UNIVERSITY
BOARD OF REGENTS,
       Defendant-Appellee.

_____

SC: 128263
COA: 254712
Washtenaw CC: 04-000117-CZ

On order of the Chief Justice, the motion by the Michigan Townships Association for leave to file a brief *amicus curiae* in this case is considered, and it is GRANTED. The motion y defendant-appellee for extension to September 21, 2005 of the time for filing its brief on appeal is also considered, and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 4, 2005

_____
Clerk

c100405